CHARLES KLEEMAN v. THE J. & P. BALTZ BREWING COMPANY.

Argued June 2, 1903—Decided November 9, 1903.

A judgment by confession will be set aside if the affidavit does not, as required by the statute, state the true consideration of the bond.

On rule to show cause.

Before Justices VAN SYCKEL and FORT.

For the plaintiff, *John L. Semple.*

For the defendant, *Henry S. Scovel.*

PER CURIAM.

This is an application to set aside a judgment by confession because the affidavit does not, as required by the statute, state the true consideration of the bond. It sets forth that the true consideration of the bond was money loaned and advanced by plaintiffs to defendant.

The evidence shows that a considerable portion of the debt was for beer sold by plaintiffs to defendant. The judgment is therefore set aside. *Reading* v. *Reading,* 4 *Zab.* 358; *Clapp* v. *Ely,* 3 *Dutcher* 555.